IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02132-RM-MEH

DEBRA CARROLL,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE,
CODY JANN, in his individual and official capacities,
THERESE S. McCANS, in her individual and official capacities,
JEFFERSON COUNTY LIBRARY SYSTEM,
SHERYL DITTON, in her individual and official capacities,
EMILY KOLM, in her individual and official capacities,
LITTLETON ADVENTIST HOSPITAL,
DEVIN C. BATEMAN, M.D., in his individual and official capacities,
TIMOTHY HIRSCH, P.A., in his individual and official capacities, and
JOHN AND JANE DOES 1-10,

    Defendants.

_____

**DEFENDANTS DEVIN C. BATEMAN, M.D., TIMOTHY HIRSCH, P.A., AND PORTERCARE ADVENTIST HELATH SYSTEM DBA CENTURA HEALTH – LITTLETON ADVENTIST HOSPITAL'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)**
_____

Defendants, Devin C. Bateman, M.D. ("Dr. Bateman"), through counsel, FARACI LEASURE, LLC, Timothy Hirsch, P.A. ("P.A. Hirsch"), through counsel CHILDS MCCUNE, LLC, and PorterCare Adventist Health System dba Centura Health – Littleton Adventist Hospital ("LAH"), incorrectly named as Littleton Adventist Hospital, by and through its attorney, Joan S. Allgaier of Allen & Curry, P.C., respectfully submit the following Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d) and in support thereof, state as follows:

**D.C.COLO.LCivR 7.1 Certification:** Undersigned counsel conferred with Plaintiff via email regarding the relief requested by this motion.[1] On June 30, 2021, Plaintiff advised that she opposes it.

## PROCEDURAL HISTORY

1. Plaintiff, Debra Carroll, filed this action on July 25, 2019. [ECF #1].

2. She filed her Amended Complaint on August 25, 2019. [ECF #82].

3. On December 11, 2019, Defendant P.A. Hirsch filed a Motion to Dismiss Plaintiffs' First Amended Complaint. [ECF #89]. On December 16, 2019, Dr. Bateman filed a Motion to Dismiss Plaintiff's Amended Complaint. [ECF #93].

4. LAH filed its Motion to Dismiss First Amended Complaint and Jury Demand on December 16, 2019 as well. [ECF #94]. This Motion was fully briefed. [*See* ECF #105, 110, and 119].

5. On April 16, 2020, Magistrate Judge Hegarty issued a Recommendation concluding and recommending that P.A. Hirsch, Dr. Bateman, and LAH's Motions to Dismiss be granted. [ECF #131].

6. On August 25, 2020, Magistrate Judge Hegarty's Recommendation was adopted as to P.A. Hirsch, Dr. Bateman, and LAH by the Honorable Raymond P. Moore. [ECF #147].

7. All of Plaintiff's claims against P.A. Hirsch, Dr. Bateman, and LAH were resolved in their favor.

---

[1] Plaintiff has previously advised defense counsel she does not wish to discuss issues in this case by telephone.

8.	On September 18, 2020, Dr. Bateman filed a Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d) [ECF #163].

9.	On September 21, 2020, P.A. Hirsch filed a Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d).  [ECF #164].

10.	On September 22, 2020, LAH filed a Motion for Entry of Judgment.  [ECF #165].

11.	On October 1, 2020, the Court denied Dr. Bateman, P.A. Hirsch and LAH's motions, because Plaintiff's claims against the County Defendants had not yet been resolved. [ECF #166].

12.	On June 23, 2021, the Court entered an Order adopting Magistrate Judge Hegarty's Recommendation that the County Defendants' Motion to Dismiss be granted.  [ECF #175].  That Order also dismissed Plaintiff's Second Amended Complaint and directed the Clerk of the Court to close the case.  *Id.*

13.	On June 23, 2021, the Clerk of the Court entered a final judgment as to the County Defendants and ordered the case closed.  [ECF #176].

## ARGUMENT

14.	As to "Judgment on Multiple Claims or Involving Multiple Parties," Rule 54(b), Fed.R.Civ.P. provides as follows:

> When an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

15. Rule 54(c), Fed.R.Civ.P. provides, in pertinent part, that, "Every other final judgment should grant the relief to which each party is entitled, even if the party has not demanded that relief in its pleadings."

16. Pursuant to Fed.R.Civ.P. 58(a), every judgment must be set out in a separate document. Further, Fed.R.Civ.P. 58(d), provides that a "party may request that judgment be set out in a separate document as required by Rule 58(a)."

17. This case has now been resolved as to the claims against all other Defendants, and all claims against P.A. Hirsch, Dr. Bateman, and LAH have been decided in their favor. Pursuant to Fed. R. Civ. P. 58(d), P.A. Hirsch, Dr. Bateman, and LAH are now entitled to an entry of judgment and there is on just reason for delay. These medical defendants therefore request the Court to enter final judgment in their favor.

WHEREFORE, for the reasons stated above, Defendants Devin C. Bateman, M.D., Timothy Hirsch, P.A., and PorterCare Adventist Health System dba Centura Health – Littleton Adventist Hospital respectfully request the Court grant their Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d) and enter judgment in their favor and against Plaintiff, and for such other relief as the Court deems appropriate.

Respectfully submitted this 1st day of July, 2021.

                                    FARACI LEASURE, LLC

                                By: __*/s/ Lisanne N. Leasure*_____
                                        Lisanne N. Leasure
                                        Denise D. Canada
                                        Faraci Leasure, LLC
                                        4500 Cherry Creek Drive South, Suite 675

Glendale, CO 80246
Telephone: (720) 904-1190
Fax: (720) 294-1190
lleasure@faracileasure.com
dcanada@faracileasure.com

Attorneys for Defendant Devin C. Bateman, M.D.


By:  */s/ Corinne C. Miller*
Steven A. Michalek
Corinne C. Miller
Childs McCune, LLC
821 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 296-7300
Fax: (720) 625-3637
smichalek@childsmccune.com
comiller@childsmccune.com

Attorneys for Defendant Timothy Hirsch, P.A.


By: /s/ *Joan S. Allgaier*
Joan S. Allgaier
Allen & Curry, P.C.
1125 Seventeenth Street, Suite 1275
Denver, CO  80202
Tel:  303-955-6185
E-Mail: jallgaier@allen-curry.com

Attorneys for Defendant PorterCare Adventist
Health System dba Centura Health – Littleton
Adventist Hospital

5

## CERTIFICATE OF SERVICE

I certify that on this 1st day of July, 2021, a true and correct copy of the foregoing **DEFENDANTS DEVIN C. BATEMAN, M.D., TIMOTHY HIRSCH, P.A. AND LAH'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties at the following e-mail address:

Debra Carroll
5483 South Holland Street
Littleton, CO  80123

Rebecca Philana Klymkowsky, Esq.
Rachel Jane Marilyn Bender, Esq.
Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419

　　　　　　　　　　　　　　　　　　　　　　　_/s/  Adrienne Abatemarco_